117 A.3d 175

IN THE MATTER OF PAULINE E. SICA, AN ATTORNEY
AT LAW (ATTORNEY NO. 001531993).

July 15, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–301, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **PAULINE E. SICA** of **ST. AUGUSTINE, FLORIDA,** who was admitted to the bar of this State in 1993, and who has been temporarily suspended from the practice of law since March 12, 2014, should be suspended from the practice of law for a period of one year for violating *RPC* 8.4(b) (commission of a criminal act), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further concluded that the term of suspension should be retroactive to the date of respondent's temporary suspension;

And good cause appearing;

It is ORDERED that **PAULINE E. SICA** is suspended from the practice of law for a period of one year, retroactive to March 12, 2014, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.